# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

**KEITH BELL,**

    **Plaintiff,**

-vs-

**CHRISTOPHER MANHERTZ,**

    **Defendant.**

Case No. **1:19-cv-01219-RP**

## O R D E R

BE IT REMEMBERED on this the **3rd** day of **June**, 20**20**, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by **Ryan Anthony Houser** ("Applicant"), counsel for **Christopher Manhertz** and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of **Christopher Manhertz** in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the **3rd** day of **June** 20**20**.

_____
UNITED STATES DISTRICT JUDGE